| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Ja Vonne M. Phillips, Esq. SBN 187474<br>Doyna V. Dardon, Esq. SBN 250502<br>**McCarthy & Holthus, LLP**<br>1770 Fourth Avenue<br>San Diego, CA 92101<br>Phone (619) 685-4800<br>Fax (619) 685-4810<br><br>☐ *Individual appearing without counsel*<br>☒ *Attorney for:* Wells Fargo Bank, National Association, as trustee for the holders of the First Franklin Mortgage Loan Trust 2006-FF17 Mortgage Pass-Through Certificates, Series 2006-FF17, its assignees and/or successors and the servicing agent Select Portfolio Servicing, Inc. | **FILED & ENTERED**<br><br>APR 29 2010<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY craig    DEPUTY CLERK** |
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | **CHANGES MADE BY COURT** |
| In re:<br><br>Javier Jimenez,<br><br><br><br>                                                                    Debtor. | CHAPTER: 7<br>CASE NO.: 6:10-bk-15488-PC<br>DATE: 04/22/2010<br>TIME: 10:00 am<br>CTRM: 304<br>FLOOR: 3rd |

### ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY
### UNDER 11 U.S.C. § 362 (Real Property)
### (MOVANT: Wells Fargo Bank, National Association, as trustee for the holders of the First Franklin Mortgage Loan Trust 2006-FF17 Mortgage Pass-Through Certificates, Series 2006-FF17, its assignees and/or successors and the servicing agent Select Portfolio Servicing, Inc.)

1. The Motion was: ☐ Contested ☒ Uncontested ☐ Settled by stipulation

2. The Motion affects the following real property (the "Property"):

    *Street Address:* 19051 Yucca Street
    *Apartment/Suite No.:*
    *City, State, Zip Code:* Hesperia, CA 92345

    Legal description or document recording number (including county of recording): 2006-0636327, San Bernardino County,

California

    ☒ See attached page

3. The Motion is granted under:    ☐ 11 U.S.C. § 362(d)(1) ☒ 11 U.S.C. § 362(d)(2) ☐ 11 U.S.C. § 362(d)(3)
                                    ☐ 11 U.S.C. § 362(d)(4)

4. As to Movant, its successors, transferees and assigns ("Movant"), the stay of 11 U.S.C. § 362(a) is:

    a. ☒ Terminated as to Debtor(s) and Debtor's(s') bankruptcy estate.

    b. ☐ Annulled retroactively to the date of the bankruptcy petition filing.

    c. ☐ Modified or conditioned as set forth in Exhibit   to this Order.

5. ☒ Movant may enforce its remedies to foreclose upon and obtain possession of the Property in accordance with applicable non-bankruptcy law, but may not pursue any deficiency claim against the Debtor(s) or property of the estate except by filing a Proof of Claim pursuant to 11 U.S.C. § 501.

(Continued on next page)

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*December 2009*                                                                                                           **F 4001-10.RP**

Order on Motion for Relief from Stay (Real Property) – Page 2 of 5

**F 4001-1O.RP**

| In re<br>Javier Jimenez, | (SHORT TITLE) | CHAPTER: 7 |
|---|---|---|
| | Debtor. | CASE NUMBER.: 6:10-bk-15488-PC |

6. ☐ Movant shall not conduct a foreclosure sale before the following date *(specify):*

7. ☐ The stay shall remain in effect subject to the terms and conditions set forth in the Adequate Protection Attachment to this Order.

8. ☐ In chapter 13 cases, the trustee shall not make any further payments on account of Movant's secured claim after entry of this Order. The secured portion of Movant's claim is deemed withdrawn upon entry of this Order without prejudice to Movant's right to file an amended unsecured claim for any deficiency. Absent a stipulation or order to the contrary, Movant shall return to the trustee any payments received from the trustee on account of Movant's secured claim after entry of this Order.

9. ☐ The filing of the petition was part of a scheme to delay, hinder, and defraud creditors that involved either:

   ☐ transfer of all or part of ownership of, or interest in, the Property without the consent of the secured creditor or court approval.

   ☐ multiple bankruptcy filings affecting the property.

   If recorded in compliance with applicable state laws governing notices of interest or liens in the Property, this Order is binding and effective under 11 U.S.C. § 362(d)(4)(A) and (B) in any other bankruptcy case purporting to affect the Property filed not later than two (2) years after the date of entry of this Order, except that a debtor in a subsequent bankruptcy case may move for relief from this Order based upon changed circumstances or for good cause shown, after notice and a hearing. Any federal, state or local governmental unit that accepts notices of interests or liens in real property shall accept a certified copy of this Order for indexing and recording.

10. This Court orders as follows:

   a. ☒ This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.
   b. ☒ The 14-day stay provided by Bankruptcy Rule 4001(a)(3) is waived.
   c. ☐ The provisions set forth in the Extraordinary Relief Attachment shall also apply *(attach Optional Form F 4001-1O.ER)*.
   d. ☒ See attached continuation page for additional provisions.

                                            # # #

DATED: April 29, 2010

United States Bankruptcy Judge

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*December 2009*

**F 4001-1O.RP**

| Order on Motion for Relief from Stay (Real Property) – Page 3 of 5 | | **F 4001-1O.RP** |
|---|---|---|
| In re<br>Javier Jimenez, | (SHORT TITLE) | CHAPTER: 7 |
| | Debtor. | CASE NUMBER.: 6:10-bk-15488-PC |

Legal Description

LOT 428, TRACT 5408, AS PER PLAT RECORDED IN BOOK 66 OF MAPS, PAGES 59 TO 67 INCLUSIVE, RECORDS OF SAID COUNTY.

EXCEPTING THE INTEREST IN ONE-HALF OF ALL OIL, GAS AND MINERALS LYING AND BEING MORE THAN 200 FEET BELOW THE RESPECTIVE PRESENT SURFACE ELEVATIONS OF THE ABOVE DESCRIBED PROPERTY, WHICH WAS EXCEPTED IN THE DEED FROM APPLETON LAND, WATER AND POWER COMPANY TO N. K. MENDLESOHN, ET AL., RECORDED JUNE 11, 1954 IN BOOK 3400 OF OFFICIAL RECORDS, PAGE 409, WHICH DEED PROVIDES AS FOLLOWS:

"THAT SUCH EXCEPTED OWNERSHIP OF SUCH ONE-HALF INTEREST IN AND TO SUCH OIL, GAS AND MINERALS DOES NOT INCLUDE AND SHALL NOT BE CONSTRUED TO INCLUDE ANY RIGHT OF ENTRY UPON ANY PART OF THE SURFACE OF THE HEREIN DESCRIBED PROPERTY FOR THE PURPOSE OF EXPLORATION, DEVELOPMENT, DRILLING, STORAGE OR OTHER ACTIVITY ANCILLARY TO THE REMOVAL OF SUCH OIL, GAS OR MINERALS."

EXCEPTING THEREFROM ALL WATER IN AND UNDER SAID LAND AND WATER RIGHTS APPURTENANT THEREOF.

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*December 2009*    **F 4001-1O.RP**

F 4001-1O.RP

| In re<br>Javier Jimenez, | (SHORT TITLE) | CHAPTER: 7 |
|---|---|---|
| | Debtor. | CASE NUMBER.: 6:10-bk-15488-PC |

**Continuation Page For Additional Provisions Pursuant To 10 (d) Of Attached Order**

**For purposes of Cal. Civ. Code §2923.5, the court determines that this bankruptcy proceeding has been finalized with respect to the subject property and the note and lien described in the motion.**

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*December 2009*

F 4001-1O.RP

Order on Motion for Relief from Stay (Real Property) – Page 5 of 5                    **F 4001-1O.RP**

| In re | (SHORT TITLE) | CHAPTER: 7 |
|---|---|---|
| Javier Jimenez, | Debtor. | CASE NUMBER.: 6:10-bk-15488-PC |

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of _____04/26/2010_____, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

UNITED STATES TRUSTEE
ustpregion16.rs.ecf@usdoj.gov

TRUSTEE
Sandra L Bendon
sandra.bendon@att.net

COUNSEL FOR DEBTOR
Babak Samini
bsamini@alsalaw.com

**McCarthy & Holthus, LLP**
**bknotice@mccarthyholthus.com**

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:**
A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:
DEBTOR - Javier Jimenez, 19051 Yucca Street, Hesperia, CA 92345

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*December 2009*                    **F 4001-1O.RP**